UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JERMAINE FANN

    vs.                                      Case No.   9:15-CV-1339   DNH/CFH

H. GRAHAM, et al.

## *AMENDED*ORDER FOR TELEPHONE CONFERENCE

The Court hereby ORDERS the arrangement and participation of:

1. Name of detainee:           JERMAINE FANN
2. Prisoner ID #:             08-B-2345

3. Detained by:              AUBURN CORR. FACILITY
                                    135 STATE STREET
                                    AUBURN, NEW YORK 13024

4. Detainee is:       (A)    (X)    Plaintiff in a Civil Action

                      (B)    ( )    A witness not otherwise available by the ordinary process of the Court

**5. Participation of Inmate Jermaine Fann (08-B-2345) is hereby ORDERED on Tuesday, July 12th, 2016 at 12:00 p.m. for a telephone conference to be conducted by Magistrate Judge Christian F. Hummel. The Court will initiate the conference call.**

**SO ORDERED,**

                                                        Christian F. Hummel
Date:  **June 30th , 2016**                    U.S. Magistrate Judge

cc:    Jermaine Fann, via U.S. Postal Service
        Auburn Correctional Facility, via email and U.S. Postal Service
        William Scott, AAG and Nicole Haimson, AAG, via CM/ECF