**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

JERMAINE FANN,

              Plaintiff,

    v.                                          No. 15-CV-1339
                                                  (DNH/CFH)

H. GRAHAM, Superintendent, Auburn
Correctional Facility; et al.,

              Defendants.

---

**CHRISTIAN F. HUMMEL
U.S. MAGISTRATE JUDGE**

**APPEARANCES:**                         **OF COUNSEL:**

Jermaine Fann
Plaintiff pro se
430 Main Street, Apt. 206
Dunkirk, New York 14048

HON. ERIC T. SCHNEIDERMAN       WILLIAM A. SCOTT, ESQ.
Attorney General for the               Assistant Attorney General
   State of New York
The Capitol                                NICOLE E. HAIMSON, ESQ.
Albany, New York 12224-0341          Assistant Attorney General
Attorney for Defendants

## ORDER

On August 16, 2016, this Court issued an order directing that the personnel file of defendant Gary Steinberg be produced for an in camera review. Dkt. No. 87. On September 29, 2016, defendants produced the personnel file of defendant Steinberg for an in camera review. Dkt. No. 98. Based on the Court's in camera review of that file, it is hereby

**ORDERED** that plaintiff's demand for the personnel file of defendant Steinberg is **DENIED**, as nothing contained within that file is the proper subject of discovery pursuant to the Federal Rules of Civil Procedure; and it is further

**ORDERED** that the Clerk of the Court serve copies of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: October 5, 2016
Albany, New York

*Christian F. Hummel*
Christian F. Hummel
U.S. Magistrate Judge